UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PATRICK LEONARD, : Case No. 1:17-CV-28
:
    Petitioner, : Judge Timothy S. Black
: Magistrate Judge Michael R. Merz
vs. :
:
WARDEN, Ohio State Penitentiary, :
:
    Respondent. :

### DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 15)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on March 7, 2017, submitted a Report and Recommendation. (Doc. 15). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, as Petitioner is deceased and no longer in custody as is necessary for this Court to exercise habeas corpus jurisdiction, this matter is **DISMISSED**.

IT IS SO ORDERED.

Date: 4/4/17

Timothy S. Black
United States District Judge